1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JADE TSAI, an individual, | CASE NO. 14-cv-04190-LB |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER |
| vs. | |
| CELLCO PARTNERSHIP, DBA VERIZON WIRELESS, and DOES 1-100, | |
| Defendants. | |

The Court, having considered Plaintiff Jade Tsai's notice of voluntary dismissal with prejudice, hereby dismisses this action with prejudice.

Date: October 20, 2014      By  _____
The Honorable Laurel Beeler
Presiding Magistrate Judge